IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINORITY TELEVISION PROJECT INC.,     No. C-06-02699 EDL

         Petitioner,     **ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE**

   v.

FEDERAL COMMUNICATIONS COMMISSION,

         Respondent.

       This Court conducted a case management conference on August 29, 2006. After discussion with counsel, the Court issues the following order:

       1)      Petitioner shall file its Rule 8 pleading no later than September 18, 2006.

       2)      Respondent shall file its responsive pleading no later than October 17, 2006, to be noticed on the Court's law and motion calendar.

**IT IS SO ORDERED.**
Dated: August 31, 2006

                                             ELIZABETH D. LAPORTE
                                             United States Magistrate Judge