JOHN L. FITZGERALD (SBN 126613)
ANDREW A. AUGUST (SBN 112851)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 394-5700
Facsimile: (415) 394-5003
aaugust@pinnaclelawgroup.com

Attorneys for Petitioners
MINORITY TELEVISION
PROJECT, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MINORITY TELEVISION PROJECT, INC., <br><br> Petitioner, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Respondents. | Case No. 06-2699-EDL <br><br> STIPULATION AND ORDER EXTENDING TIME TO FILE RULE 8 PLEADING AND RESPONSIVE PLEADING |

    Minority Television Project, Inc., ("Petitioner") and Federal Communications Commission and United States of America ("Respondents"), by and through their respective counsel of record, do hereby stipulate to and request an Order Extending Time to File Rule 8 Pleading and Responsive Pleading based upon the following:

    1.    This action was transferred from the Ninth Circuit on April 18, 2006.

    2.    On August 29, 2006, an Initial Case Management Conference was held.

    3.    Pursuant to the Court's August 31, 2006 Order Following Initial Case Management Conference, Petitioner shall file its Rule 8 pleading no later than September 18, 2006. Defendants shall file their responsive pleading no later than October 17, 2006.

    4.    On September 14, 2006, the parties agreed to mutual one-day extensions of time to file their respective pleadings as follows:

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1947.001-00026595      1      STIPULATION AND ORDER

a. The parties have agreed to an extension of one (1) day from September 18, 2006 to September 19, 2006 for Petitioner to file its Rule 8 pleading;

b. The parties have agreed to an extension of one (1) day from October 17, 2006 to October 18, 2006 for Respondent to file its responsive pleading.

5. The parties agree that this stipulation may be signed in counterpart and by facsimile.

IT IS SO STIPULATED AND AGREED.

Dated: September 15, 2006        Pinnacle Law Group LLP

By: _____
Andrew A. August
Attorney for Petitioner
Minority Television Project, Inc.

Dated: September 15, 2006        United States Attorney

By: _____
Letitia Kim
Attorneys for Respondents
Federal Communications Commission and
United States of America

### ORDER

Good cause appearing, pursuant to the stipulation of the parties, the date for the filing of Petitioner's Rule 8 pleading shall be extended by one (1) day from September 18, 2006 to September 19, 2006; the date for the filing of Respondents' responsive pleading shall be extended by one (1) day from October 17, 2006 to October 18, 2006;

IT IS SO ORDERED:

September 18, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

1947.001-0026595                            2                            STIPULATION AND ORDER

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

## COURT SERVICE LIST

KEVIN V. RYAN
United States Attorney
JOANN M. SWANSON
Chief, Civil Division
LETITIA R. KIM
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: letitia.r.kim@usdoj.gov

Daniel M. Armstrong
Federal Communications Commission
Litigation Division
445 12th Street, S.W.
Washington, DC 20554

Frederick W. Giroux
Cole Raywid & Breaverman, L.L.P.
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006-3458

Steven J. Horvitz
Cole Raywid & Breaverman, L.L.P.
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006-3458

Pamela L. Smith
Federal Communications Commission
Litigation Division
445 12th Street, S.W.
Washington, DC 20554

JOHN L. FITZGERALD
ANDREW A. AUGUST
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 394-5700
Facsimile: (415) 394-5003
Email: aaugust@pinnaclelawgroup.com

WALTER E. DIERCKS
RUBIN, WINSTON, DIERCKS,
HARRIS & COOKS, LLP
1155 Connecticut Avenue, NW, 6th Fl.
Washington, DC 20036
Telephone: (202) 861-0870
Facsimile: (202) 429-0657
Email: wdiercks@rwdhc.com

Michael D. Berg
Law Office of Michael D. Berg
1000 Potomac Street, N.W., 5th Floor
Washington, DC 20007-3501

Alberto Gonzales
United States Attorney General's Office
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530

Kenneth M. Scheibel
Enforcement Bureau
Federal Communications Commission
445 12th Street, N.W.
Washington, DC 20554

*Chamber's Copies:*
Magistrate Judge Elizabeth D. Laporte
U.S. District Court
Courtroom E – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

PINNACLE LAW GROUP LLP
425 California Street
Suite 1800
San Francisco, CA 94104
(415) 394-5700

1947.001-00026595     3     STIPULATION AND ORDER