```
 1  JOHN FITZGERALD (SBN 126613)
    ANDREW A. AUGUST (SBN 112851)
 2  PINNACLE LAW GROUP LLP
        425 California Street, Suite 1800
 3      San Francisco, California 94104
        Telephone: (415) 394-5700
 4      Facsimile: (415) 394-5003

 5  Attorneys for Plaintiff
    MINORITY TELEVISION PROJECT, INC.
 6

 7  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 8  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 9  LETITIA R. KIM (SBN 200142)
    Assistant United States Attorney
10
        450 Golden Gate Avenue, Box 36055
11      San Francisco, California 94102-3495
        Telephone: (415) 436-7181
12      Facsimile: (415) 436-6748
        Email: letitia.r.kim@usdoj.gov
13
    Attorneys for Defendants
14  FEDERAL COMMUNICATIONS COMMISSION and
    UNITED STATES OF AMERICA
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINORITY TELEVISION PROJECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. C 06-02699 EDL <br><br> STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

**STIPULATED REQUEST**

On September 19, 2006, plaintiff Minority Television Project, Inc. filed its complaint in this action, alleging nine causes of action arising from a forfeiture order by the FCC. Pursuant to

Stip. & [Prop.] Order Extending Time to Resp. to Compl.
Case No. C 06-02699 EDL

1  this Court's orders dated August 31 and September 18, 2006, defendants' response to the
2  complaint is currently due on October 18, 2006.  Defendants have prepared a motion to dismiss
3  several of the causes of action based on lack of jurisdiction, and such motion is ready for filing.
4  They are in the process of preparing a motion to dismiss the remainder of the complaint based on
5  failure to state a claim, but that motion will not be completed by October 18, 2006 because of the
6  nature of the issues involved.  Accordingly, to preclude the need to have two separate motions
7  and two separate hearings, the parties jointly request that the Court extend defendants' time to
8  respond to the complaint thirty days, to November 17, 2006.  Such timeline is consistent with
9  Federal Rule of Civil Procedure 12(a)(3), which allows federal defendants 60 days to respond to
10 a complaint.

11 DATED: October ___, 2006           Respectfully submitted,
                                     KEVIN V. RYAN
12                                   United States Attorney

13                                   *Letitia R. Kim* (Digitally signed by Letitia R. Kim
                                     DN: CN = Letitia R. Kim, C = US, O
                                     = Department of Justice, OU = U.S.
                                     Attorney's Office
                                     Date: 2006.10.04 12:14:54 -07'00')
14                                   _____
                                     LETITIA R. KIM
15                                   Assistant United States Attorney
                                     Attorneys for Defendants

17 DATED: October 4, 2006             PINNACLE LAW GROUP LLP

                                     _____
20                                   ANDREW A. AUGUST
                                     Attorneys for Plaintiff

Stip. & [Prop.] Order Extending Time to Resp. to Compl.
Case No. C 06-02699 EDL

Case 3:06-cv-02699-EDL Document 24 Filed 10/04/2006 Page 3 of 3

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulated request, the Court hereby extends the defendants' time to respond to plaintiff's complaint to November 17, 2006.

IT IS SO ORDERED.

Dated: October 4, 2006



_____
ELIZABETH D. LAPORTE
U.S. MAGISTRATE JUDGE