JOHN FITZGERALD (CBN 126613)
PINNACLE LAW GROUP LLP
   425 California Street, Suite 1800
   San Francisco, California 94104
   Telephone: (415) 394-5700
   Facsimile: (415) 394-5003
WALTER E. DIERCKS (*pro hac vice*)
RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP
   1155 Connecticut Avenue, N.W., 6th Floor
   Washington, D.C. 20036
   Telephone: (202) 861-0870
   Facsimile: (202) 429-0657
   Email: wdiercks@rwdhc.com
Attorneys for Plaintiff

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CBN 88143)
Chief, Civil Division
LETITIA R. KIM (CBN 200142)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   Facsimile: (415) 436-6748
   Email: letitia.r.kim@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINORITY TELEVISION PROJECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. C 06-2699 EDL <br><br> STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT |

**STIPULATED REQUEST**

On February 13, 2007, this Court heard defendants' motion to dismiss, but the parties are awaiting a written order. Meanwhile, in compliance with the Court's minute order, plaintiff filed

Stip. & [Prop.] Order Extending Time to Resp. to Am. Compl.
Case No. C 06-2699 EDL

1  an amended complaint on February 28, 2007.  Because the written order has not yet been
2  received, the parties hereby stipulate that defendants have an additional thirty days, until April
3  12, 2007, to file a responsive pleading to plaintiff's amended complaint.

Respectfully submitted,

DATED: March 12, 2007    SCOTT N. SCHOOLS
                         United States Attorney

                             /s/
                         _____
                         LETITIA R. KIM
                         Assistant United States Attorney
                         Attorneys for Defendants

DATED: March 12, 2007    PINNACLE LAW GROUP LLP

                             /s/
                         _____
                         JOHN FITZGERALD
                         Attorneys for Plaintiff

Stip. & [Prop.] Order Extending Time to Resp. to Am. Compl.
Case No. C 06-2699 EDL

**[PROPOSED] ORDER**

Pursuant to the parties' stipulated request, the Court hereby extends the defendants' time to respond to plaintiff's amended complaint to April 12, 2007.

IT IS SO ORDERED.

Dated: March 13, 2007

_____
ELIZABETH D. LAPORTE
U.S. MAGISTRATE JUDGE



IT IS SO ORDERED
Judge Elizabeth D. Laporte

Stip. & [Prop.] Order Extending Time to Resp. to Am. Compl.
Case No. C 06-2699 EDL