JOHN FITZGERALD (CBN 126613)
PINNACLE LAW GROUP LLP
   425 California Street, Suite 1800
   San Francisco, California 94104
   Telephone: (415) 394-5700
   Facsimile: (415) 394-5003
WALTER E. DIERCKS (*pro hac vice*)
RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP
   1155 Connecticut Avenue, N.W., 6th Floor
   Washington, D.C. 20036
   Telephone: (202) 861-0870
   Facsimile: (202) 429-0657
   Email: wdiercks@rwdhc.com
Attorneys for Plaintiff

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CBN 88143)
Chief, Civil Division
LETITIA R. KIM (CBN 200142)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   Facsimile: (415) 436-6748
   Email: letitia.r.kim@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINORITY TELEVISION PROJECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. C 06-2699 EDL <br><br> STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT |

## STIPULATED REQUEST

By stipulation and order, defendants' last day to respond to the amended complaint is currently April 12, 2007. Because of work volume and medical issues on the part of defense

Stip. & [~~Prop~~.] Order Extending Time to Resp. to Am. Compl.
Case No. C 06-2699 EDL

counsel, the parties hereby stipulate that defendants have until May 21, 2007 to file a responsive pleading to plaintiff's amended complaint.

Respectfully submitted,

DATED: April 11, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
LETITIA R. KIM
Assistant United States Attorney
Attorneys for Defendants

DATED: April 11, 2007

PINNACLE LAW GROUP LLP

/s/
_____
JOHN FITZGERALD
Attorneys for Plaintiff

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulated request, the Court hereby extends the defendants' time to respond to plaintiff's amended complaint to May 21, 2007.

IT IS SO ORDERED.

Dated: April 12, 2007



Judge Elizabeth D. Laporte

Stip. & [~~Prop.~~] Order Extending Time to Resp. to Am. Compl.
Case No. C 06-2699 EDL