JOHN L. FITZGERALD (SBN 126613)
ANDREW A. AUGUST (SBN 112851)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

WALTER E. DIERCKS (pro hac vice)
RUBIN, WINSTON, DIERCKS,
 HARRIS & COOKE, LLP
Sixth Floor, 1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-0870
Facsimile: (202) 429-0657

Attorneys for Plaintiff
MINORITY TELEVISION PROJECT, INC

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
Facsimile: (415) 436-6748

Attorneys for Defendants
FEDERAL COMMUNICATIONS COMMISSION and
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MINORITY TELEVISION PROJECT, INC.<br><br>     Plaintiff,<br><br>     v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. C 06-2699 EDL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER FOR COURT TRIAL** |

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER
FOR COURT TRIAL
Case No. C-06-2699 EDL

WHEREAS, the defendants, the United States of America and the Federal Communications Commission (collectively "Defendants") request a modification to the Case Management and Pretrial Order for Court Trial ("Pretrial Order") issued by this Court on February 21, 2008, due to hospitalization of lead attorney, Melissa Brown Assistant United States Attorney;

WHEREAS, Ms. Brown was hospitalized, underwent two emergency surgeries, and consequently was out of the office and not able to work full-time from the period of August 7, 2008 through September 2, 2008;

WHEREAS, Ms. Brown has been advised by her physician that her recovery could last for several months;

WHEREAS, as a result of Ms. Brown's absence from work due to illness and recovery, the parties, *i.e.* plaintiff Minority Television Project, Inc. ("Plaintiff") and the Defendants have agreed to the proposed modification to the Pretrial Order:

Discovery

- Non-expert fact discovery shall close on December 1, 2008;
- Initial Expert Disclosures shall be due on January 12, 2009;
- Rebuttal Expert Disclosure shall be due on January 26, 2009;
- Expert Discovery shall be completed no later tan February 20, 2009;

Case Management

- Further Case Management Conference February 11, 2008.

Dispositive Motions

- Defendants' Opening Brief shall be due on March 20, 2009;
- Plaintiff's Opening and/or cross motion shall be due on April 10, 2009;
- Defendants' Reply Brief shall be due on April 24, 2009;
- Plaintiff's Reply Brief shall be due on May 8, 2009;
- Dispositive Motion hearing shall be held on June 2, 2009;

Trial

- Pretrial Conference shall be held on August 4, 2009;

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER FOR COURT TRIAL
Case No. C-06-2699 EDL

- Trial shall begin on August 17, 2009

WHEREAS the parties respectfully request that the Court adopt the proposed aforementioned modification to the Pretrial Order.

DATED: September 10, 2008              Respectfully submitted,

ANDREW A. AUGUST
JOHN L. FITZGERALD
WALTER E. DIERCKS


/s Walter Diercks

_____
WALTER E. DIERCKS
Attorneys for Plaintiff Minority Television Project

DATED: September 10, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s Melissa K. Brown

_____
MELISSA K. BROWN
Assistant United States Attorney
Attorneys for the Defedants

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER FOR COURT TRIAL
Case No. C-06-2699 EDL

### [~~PROPOSED~~] ORDER

The Case Management and Pretrial Order for Court Trial ("Pretrial Order") issued by this Court on February 21, 2008 shall be modified as follows:

<u>Discovery</u>
- Non-expert fact discovery shall close on December 1, 2008;
- Initial Expert Disclosures shall be due on January 12, 2009;
- Rebuttal Expert Disclosure shall be due on January 26, 2009;
- Expert Discovery shall be completed no later tan February 20, 2009;

<u>Case Management</u>
- Further Case Management Conference February ~~11, 2008~~.

<u>Dispositive Motions</u>
- Defendants' Opening Brief shall be due on March 20, 2009;
- Plaintiff's Opening and/or cross motion shall be due on April 10, 2009;
- Defendants' Reply Brief shall be due on April 24, 2009;
- Plaintiff's Reply Brief shall be due on May 8, 2009;
- Dispositive Motion hearing shall be held on June 2, 2009;

<u>Trial</u>
- Pretrial Conference shall be held on August 4, 2009;
- Trial shall begin on August 17, 2009

**IT IS SO ORDERED.**

Dated: __September 11, 2008__



ELIZABETH D. _____
United _____
Judge Elizabeth D. Laporte