**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINORITY TELEVISION PROJECT INC., | No. C-06-02699 EDL |
| Petitioner, | **ORDER MODIFYING DISPOSITIVE MOTION BRIEFING SCHEDULE** |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION, | |
| Respondent. / | |

On September 11, 2008, the Court entered an order pursuant to the parties' stipulation setting a briefing schedule for dispositive motions. Due to the Court's unavailability on the hearing date of June 2, 2009, the Court modifies the briefing schedule as follows:

1. Defendants' Opening Brief shall be due on March 20, 2009;

2. Plaintiff's Opening and/or cross motion shall be due on April 10, 2009;

3. Defendants' Reply Brief shall be due on April 22, 2009;

4. Plaintiff's Reply Brief shall be due on May 6, 2009;

5. The hearing shall be held on May 26, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 4, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge