JOHN L. FITZGERALD (SBN 126613)
ANDREW A. AUGUST (SBN 112851)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 394-5700
Facsimile: (415) 394-5003
aaugust@pinnaclelawgroup.com

WALTER E. DIERCKS (*pro hac vice*)
RUBIN, WINSTON, DIERCKS,
 HARRIS & COOKE, LLP
Sixth Floor, 1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-0870
Facsimile: (202) 429-0657
wdiercks@rwdhc.com

Attorneys for Plaintiff
MINORITY TELEVISION PROJECT, INC.

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6962
Facsimile: (415) 436-6748

Attorneys for Defendants
FEDERAL COMMUNICATIONS COMMISSION and
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MINORITY TELEVISION PROJECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Defendants. | **Case No. 06-2699-EDL** <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY DISPOSITIVE MOTION BRIEFING SCHEDULE** |

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Stipulation and [Proposed] Order to Modify Dispositive
Motion Briefing Schedule
Case No. C 06-2699 EDL

WHEREAS, the plaintiff, Minority Television Project, Inc. ("Plaintiff") requests a modification to Dispositive Motion Briefing Schedule issued by this Court on February 4, 2009, due to medical issues encountered by lead counsel, Walter E. Diercks, and his wife;

WHEREAS, as a result of these issues, the parties United States of America and the Federal Communications Commission (collectively "Defendants") and Plaintiff have agreed to the proposed modification to the Dispositive Motion Briefing Schedule:

<u>Dispositive Motions</u>

- Plaintiff's Opening and/or cross motion shall be due on May 5, 2009;
- Defendants' Reply Brief shall be due on May 27, 2009;
- Plaintiff's Reply Brief shall be due on June 9, 2009;
- Dispositive Motion hearing shall be held on June 30, 2009 at 9:00 am

WHEREAS the parties respectfully request that the Court adopt the proposed aforementioned modification to the Dispositive Motion Briefing Schedule.

Dated:  April 24, 2009　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Andrew A. August
　　　　　　　　　　　　　　　　　　　John L. Fitzgerald
　　　　　　　　　　　　　　　　　　　Walter E. Diercks

　　　　　　　　　　　　　　　　　　　By:____/s/ Andrew A. August_____
　　　　　　　　　　　　　　　　　　　　 Attorneys for MINORITY
　　　　　　　　　　　　　　　　　　　　 TELEVISION PROJECT, INC.

Dated: April 24, 2009　　　　　　　　　 JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:____/s/ Melissa K. Brown_____
　　　　　　　　　　　　　　　　　　　　 Melissa K. Brown
　　　　　　　　　　　　　　　　　　　　 Assistant United States Attorney

## [~~PROPOSED~~] ORDER

    Dispositive Motions

- Plaintiff's Opening and/or cross motion shall be due on May 5, 2009;
- Defendants' Reply Brief shall be due on May 27, 2009;
- Plaintiff's Reply Brief shall be due on June 9, 2009;
- The Dispositive Motion hearing shall be held on June 30, 2009 at 9:00 am.

**IT IS SO ORDERED.**

Dated: April 24, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*