1  JOHN L. FITZGERALD (SBN 126613)
   ANDREW A. AUGUST (SBN 112851)
2  PINNACLE LAW GROUP LLP
   425 California Street, Suite 1800
3  San Francisco, CA 94111
   Telephone: (415) 394-5700
4  Facsimile: (415) 394-5003

5  WALTER E. DIERCKS (pro hac vice)
   RUBIN, WINSTON, DIERCKS,
6   HARRIS & COOKE, LLP
   Sixth Floor, 1155 Connecticut Avenue, N.W.
7  Washington, D.C. 20036
   Telephone: (202) 861-0870
8  Facsimile: (202) 429-0657

9  Attorneys for Plaintiff
   MINORITY TELEVISION PROJECT, INC
10
   JOSEPH P. RUSSONIELLO (SBN 44332)
11 United States Attorney
   JOANN M. SWANSON (SBN 88143)
12 Chief, Civil Division
   MELISSA K. BROWN (SBN 203307)
13 Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
14 San Francisco, California 94102-3495
   Telephone: (415) 436-6962
15 Facsimile: (415) 436-6748

16 Attorneys for Defendants
   FEDERAL COMMUNICATIONS COMMISSION and
17 UNITED STATES OF AMERICA

18                     UNITED STATES DISTRICT COURT
19                    NORTHERN DISTRICT OF CALIFORNIA
20                         SAN FRANCISCO DIVISION
21

| | | |
|---|---|---|
| MINORITY TELEVISION PROJECT, INC. | ) | Case No. C 06-2699 EDL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER FOR COURT TRIAL** |
| v. | ) | |
| FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, | ) ) ) | |
| Defendants. | ) ) | |

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER
FOR COURT TRIAL Case No. C-06-2699 EDL

1     WHEREAS, plaintiff Minority Television Project, Inc. ("Plaintiff") and the defendants, the United States of America and the Federal Communications Commission (collectively "Defendants") request a modification to the Case Management and Pretrial Orders for Court Trial ("Pretrial Orders") issued by this Court on February 21, 2008 and last modified by order of this Court on April 27, 2009;

    WHEREAS, trial is currently set for August 17, 2009 and the pretrial conference is currently set August 4, 2009 and pursuant to the Pretrial Order dated February 21, 2008, pretrial papers are due twenty (20) days prior to the pretrial conference, and

    WHEREAS, the parties argued their motions for summary judgment on June 30, 2009 and believe that it may be a better use of resources to conduct pretrial preparation, if necessary, after the Court's ruling on the summary judgment motions;

    The parties stipulate as follows:

- Pretrial Conference shall be held on November 17, 2009;
- Trial shall begin on December 7, 2009

    The parties respectfully request that the Court adopt the proposed aforementioned modification to the Pretrial Order.

DATED: June 30, 2009    Respectfully submitted,

ANDREW A. AUGUST
JOHN L. FITZGERALD
WALTER E. DIERCKS

/s Walter Diercks
_____
WALTER E. DIERCKS
Attorneys for Plaintiff Minority Television Project

DATED: June 30, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s Melissa K. Brown
_____
MELISSA K. BROWN
Assistant United States Attorney
Attorneys for the Defendants

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER FOR COURT TRIAL Case No. C-06-2699 EDL

**[PROPOSED] ORDER**

The Case Management and Pretrial Order for Court Trial ("Pretrial Order") issued by this Court on February 21, 2008 and last modified by order of this Court on April 27, 2009 shall be modified as follows:

- Pretrial Conference shall be held on November 17, 2009;
- Trial shall begin on December 7, 2009

**IT IS SO ORDERED.**

Dated: July 1, 2009



IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER FOR COURT TRIAL Case No. C-06-2699 EDL