FILED

APR 12 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MINORITY TELEVISION PROJECT, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, <br><br> Defendants - Appellees., <br><br> and <br><br> LINCOLN BROADCASTING COMPANY, <br><br> Intervenor. | No. 09-17311 <br><br> D.C. No. 3:06-cv-02699-EDL <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: NOONAN, PAEZ, and BEA, Circuit Judges.

Each party shall bear its own costs on appeal.